IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIANA BARBOSA, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action File No. |
| vs. | ) | 5:11-cv-00767-FL |
| | ) | |
| FIRST FEDERAL CREDIT CONTROL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT APPEARING that Plaintiff has filed the above-referenced action on or about December 30, 2011, and that the Defendant has recently retained counsel to appear and defend the action; and

IT FURTHER APPEARING that the parties have consented to briefly extend the time period in which Defendant is required to file a responsive pleading, during which time the parties anticipate pursuing settlement discussions. Upon the consent of the parties and other good cause shown, it is hereby

ORDERED that the Defendant shall have through and including February 9, 2012, to file a responsive pleading in this action.

So Ordered This ____ day of _____, 2012.

_____
Honorable Louise Wood Flanagan
Judge, United States District Court

Eastern District of North Carolina
Atlanta Division